

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 0 6 2008
JUN 06 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| DR. KATHLEEN SCHNIER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| vs. | § | 08 C 1028 |
| | § | |
| AMERICAN COLLEGE OF | § | |
| EDUCATION and HIGHER | § | JURY TRIAL DEMANDED |
| EDUCATION HOLDINGS, LLC, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

AMERICAN COLLEGE OF EDUCATION and HIGHER ED HOLDINGS, LLC, (erroneously named in the Complaint as "Higher Education Holdings, LLC"), the defendants in the above-entitled and -numbered cause, respectfully move the Court for an Order enlarging the time for them to answer, move, or otherwise plead to the Complaint. In support of their motion, Defendants state as follows:

1.    This action was filed on February 20, 2008. Plaintiff sent a copy of the Notice of Lawsuit and Waiver of Service of Summons to Defendants' counsel on April 7, 2008, who returned the signed Waiver of Service to Plaintiff's counsel on May 6, 2008.

2.    Defendants' Original Answer is due to be filed on or before June 6, 2008.

**DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT – Page 1**

3.      Because the parties are engaged in settlement discussions and are in the process of scheduling a mediation, counsel for Defendants seek additional time to pursue settlement efforts before they are required to incur the expense of preparing an Answer.

4.      Plaintiff does not oppose this motion.

5.      This motion is not made for the purpose of delay, but is in the interest of justice.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that their motion be granted and that the Court enter an Order extending the time, up to and including July 2, 2008, for them to answer, move, or otherwise plead to the Complaint.

Dated:  June 5, 2008.

Respectfully submitted,

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By: _____

Arlene Switzer Steinfield
Texas State Bar No. 09820600
Lindsey Beran
Texas State Bar No. 09820600

1717 Main Street, Suite 2800
Dallas, Texas  75201
214-939-5525
214-939-5849 – fax

ATTORNEYS FOR DEFENDANTS

**DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT – Page 2**

DALLAS-1105217 v1 017147-00011

## CERTIFICATE OF CONFERENCE

I hereby certify that, as counsel for Defendants, I conferred with Plaintiff's counsel, Richard J. Gonzalez, on the 4th day of June, 2008, with respect to the foregoing motion. Plaintiff does not oppose the motion.

Arlene S. Steinfield

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2008, a true and correct copy of the foregoing motion was served on Plaintiff by U.S. mail, postage prepaid, to her counsel of record, Richard J. Gonzalez, Chicago-Kent College of Law, Illinois Institute of Technology, 565 West Adams Street, Suite 600, Chicago, Illinois 60661-3691

Arlene S. Steinfield

**DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT – Page 3**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| DR. KATHLEEN SCHNIER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| vs. | § | 08 C 1028 |
| | § | |
| AMERICAN COLLEGE OF | § | |
| EDUCATION and HIGHER | § | JURY TRIAL DEMANDED |
| EDUCATION HOLDINGS, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER

CAME ON for consideration this day Defendants' Unopposed Motion to Enlarge Time to Answer, Move, or Otherwise Plead to Plaintiff's Complaint. The Court, having considered the motion, and Plaintiff not opposing the motion, finds that it is well-taken and should be granted. It is accordingly

ORDERED that Defendants' Unopposed Motion to Enlarge Time to Answer, Move, or Otherwise Plead to Plaintiff's Complaint be, and it is hereby, GRANTED. It is, therefore, further

ORDERED that the time for Defendants to answer, move, or otherwise plead to Plaintiff's Complaint be, and it is hereby, enlarged to and including July 2, 2008.

SIGNED this ___ day of _____, 2008.

_____

UNITED STATES DISTRICT JUDGE

**ORDER -- Solo Page**
DALLAS-1105217 v1 017147-00011