

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. KATHLEEN SCHNIER, § § Plaintiff, § § vs. § § AMERICAN COLLEGE OF § EDUCATION and HIGHER § EDUCATION HOLDINGS, LLC, § § Defendants. § | CIVIL ACTION NO. 08 C 1028 JURY TRIAL DEMANDED FILED JUL 0 2 2008 TC Jul 02 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |

### DEFENDANTS' SECOND UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

AMERICAN COLLEGE OF EDUCATION and HIGHER ED HOLDINGS, LLC (erroneously named in the Complaint as "Higher Education Holdings, LLC"), the defendants in the above-entitled and -numbered cause, respectfully move the Court for an additional Order enlarging the time for them to answer, move, or otherwise plead to the Complaint. In support of their motion, Defendants state as follows:

1. This action was filed on February 20, 2008. Plaintiff sent a copy of the Notice of Lawsuit and Waiver of Service of Summons to Defendants' counsel on April 7, 2008, who returned the signed Waiver of Service to Plaintiff's counsel on May 6, 2008.

2. Defendants filed their Unopposed Motion to Enlarge Time to Answer, Move, or Otherwise Plead to Plaintiff's Complaint on June 6, 2008. This Court granted

DEFENDANTS' SECOND UNOPPOSED MOTION TO ENLARGE
TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO
PLAINTIFF'S COMPLAINT – Page 1

DALLAS-1110265 v1 1287147-00011

that Motion on June 10, 2008, and Defendants' Original Answer is currently due to be filed on or before July 2, 2008.

3. The parties are engaged in settlement discussions and have scheduled a mediation for July 23, 2008. Defendants seek additional time to complete the mediation before they are required to incur the expense of preparing an Answer.

4. Plaintiff does not oppose this motion.

5. This motion is not made for the purpose of delay, but is in the interest of justice.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that their motion be granted and that the Court enter an Order extending the time, up to and including July 30, 2008, for them to answer, move, or otherwise plead to the Complaint.

Dated: July 1, 2008.

Respectfully submitted,

K&L Gates LLP

By: _____
Arlene Switzer Steinfield
    Texas State Bar No. 09820600
Lindsey Beran
    Texas State Bar No. 09820600

1717 Main Street, Suite 2800
Dallas, Texas 75201
214-939-5525
214-939-5849 – fax

ATTORNEYS FOR DEFENDANTS

DEFENDANTS' SECOND UNOPPOSED MOTION TO ENLARGE
TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO
PLAINTIFF'S COMPLAINT – Page 2

DALLAS-1110265 v1 1287147-00011

## CERTIFICATE OF CONFERENCE

I hereby certify that, as counsel for Defendants, I conferred with Plaintiff's counsel, Richard J. Gonzalez, on the 30th day of June, 2008, with respect to the foregoing motion. Plaintiff does not oppose the motion.

*Arlene S. Steinfield*
Arlene S. Steinfield

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2008, a true and correct copy of the foregoing motion was served on Plaintiff by U.S. mail, postage prepaid, to her counsel of record, Richard J. Gonzalez, Chicago-Kent College of Law, Illinois Institute of Technology, 565 West Adams Street, Suite 600, Chicago, Illinois 60661-3691.

*Arlene S. Steinfield*
Arlene S. Steinfield

**DEFENDANTS' SECOND UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT – Page 3**

DALLAS-1110265 v1 1287147-00011