**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Dr. Kathleen Schnier
                      Plaintiff,

v.                                           Case No.: 1:08−cv−01028
                                                         Honorable John A. Nordberg

American College of Education, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 7, 2008:

      MINUTE entry before the Honorable John A. Nordberg: SECOND UNOPPOSED MOTION to Enlarge Time to Answer, Move, or Otherwise Pleat to Plaintiff's Complaint by Defendants American College of Education, Higher Education Holdings, LLC [6] is granted.Mailed notice.(tlp,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.