## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Dr. Kathleen Schnier

|                    | Plaintiff, |                                  |
|--------------------|------------|----------------------------------|
| v.                 |            | Case No.: 1:08–cv–01028          |
|                    |            | Honorable John A. Nordberg       |

American College of Education, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

 MINUTE entry before the Honorable John A. Nordberg: Status hearing set for 10/2/2008 at 2:30 PM. Plaintiff must report to the Court on status of service and pleadings, the possibility of settlement in the case and, if no possibility of settlement exists, the Preliminary Pretrial Scheduling Order must be completed and presented to the Court for entry instanter regardless of the status of the pleadings. Plaintiff shall notify all parties of Courts action.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.